# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 25-1638     **Short Title:** De-La-Fuente-Diaz, et al v. Gonzalez-Colon, et al

**Type of Action**

- [✔] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 06/02/2025
   2. Date this notice of appeal filed 07/01/2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) 6/27/2025
   4. Date of entry of order deciding above post-judgment motion 06/30/2025
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [✔] Yes   [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [ ] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes   [ ] No
         If yes, explain _____

C. Has this case previously been appealed?  [ ] Yes   [✔] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes   [✔] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☐ No
   If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Ínaru Nadia de la Fuente-Díaz
      Attorney Johanna M. Emmanuelli-Huertas
      Address P.O. Box 136 Villalba, PR 00676
      Telephone (787) 342-6499

   2. Adverse party Maru Rosa Hernández
      Attorney Johanna M. Emmanuelli-Huertas
      Address P.O. Box 136 Villalba, PR 00676
      Telephone (787) 342-6499

   3. Adverse party Gé Castro-Cruz
      Attorney Johanna M. Emmanuelli-Huertas
      Address P.O. Box 136 Villalba, PR 00676
      Telephone (787) 342-6499

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Jenniffer A. González-Colón, Governor of Puerto Rico
      Address PO Box 9020082, San Juan PR 00902-0082
      Telephone (787) 721-7000

      Attorney's name Omar Andino-Figueroa; Frank A. Rosado-Méndez
      Firm Office of the Solicitor General of Puerto Rico
      Address PO Box 9020192, San Juan, PR 00902-0192
      Telephone (787) 721-2900, ext. 1502

   2. Appellant's name Dr. Victor Ramos-Otero, Secretary of the Puerto Rico Department of Health
      Address PO Box 70184 San Juan, PR 00936-0184
      Telephone (787) 765-2929

      Attorney's name Omar Andino-Figueroa; Frank A. Rosado-Méndez
      Firm Office of the Solicitor General of Puerto Rico
      Address PO Box 9020192, San Juan, PR 00902-0192
      Telephone (787) 721-2900, ext. 1502

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

     Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

     Signature  /s/Frank A. Rosado-Méndez
     Date  07/22/2025

# United States Court of Appeals
## For the First Circuit

_____

No. 25-1638

ÍNARU NADIA DE LA FUENTE DÍAZ; MARU ROSA HERNÁNDEZ; ANDRÉ RODIL; YEIVY VÉLEZ BARTOLOMEI; GÉ CASTRO CRUZ; DENI JUSTE,

Plaintiffs – Appellees,

v.

JENNIFFER A. GONZÁLEZ COLÓN, in her official capacity as Governor of the Commonwealth of Puerto Rico; Dr. VÍCTOR RAMOS OTERO,[1] in his official capacity as Secretary of the Department of Health of the Commonwealth; WANDA LLOVET DÍAZ, in her official capacity as the Director of the Division of Demographic Registry and Vital Statistics of the Commonwealth,

Defendants – Appellants,

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

[Hon. María Antongiorgi-Jordán, U.S. District Judge]

_____

**SUPPLEMENTAL LIST OF ADVERSE PARTIES AND APPELLANTS FOR DOCKETING STATEMENT**

| | |
|---|---|
| **OMAR ANDINO-FIGUEROA**<br>Solicitor General of Puerto Rico<br>USCA No. 1197240<br>PO Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Telephone: (787) 721-2900<br>E-mail: *omar.andino@justicia.pr.gov* | **FRANK A. ROSADO MÉNDEZ**<br>Deputy Solicitor General<br>USCA No. 1209179<br>PO Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Telephone: (787) 721-2900<br>Email: *frank.rosado@justicia.pr.gov* |

July 22, 2025

_____

[1] We have amended the Court's case caption to reflect Dr. Victor Ramos Otero's correct name.

F. Additional Adverse Parties

    4. Adverse party: Deni Juste

        Attorney: Johanna M. Emmanuelli-Huertas

        Address: P.O. Box 136 Villalba, PR 00676

        Telephone: (787) 342-6499

    5. Adverse party: André Rodil

        Attorney: Johanna M. Emmanuelli-Huertas

        Address: P.O. Box 136 Villalba, PR 00676

        Telephone: (787) 342-6499

    6. Adverse party: Yeivy Vélez-Bartolomei

        Attorney: Johanna M. Emmanuelli-Huertas

        Address: P.O. Box 136 Villalba, PR 00676

        Telephone: (787) 342-6499

G. Additional Appellant

    3. Appellant's name: Wanda Llovet-Díaz, Director of the Puerto Rico Department of Health's Division of the Demographic Registry and Vital Statistics

        Address: P. O. Box 11854 San Juan, PR 00910-1854

        Telephone: (787) 765-2929

        Attorney's name: Omar Andino-Figueroa; Frank A. Rosado-Méndez

        Firm: Office of the Solicitor General of Puerto Rico

        Address: PO Box 9020192, San Juan, PR 00902-0192

        Telephone: (787) 721-2900 Ext. 1537

## CERTIFICATE OF FILING AND SERVICE

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico this 22nd day of July, 2025.

*s/Frank A. Rosado-Méndez*
**FRANK A. ROSADO-MÉNDEZ**
Deputy Solicitor General
USCA No. 1209179
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Tel.: (787) 721-2900, Ext. 1537
*frank.rosado@justicia.pr.gov*