APPEAL,CASECLOSED

# United States District Court
# District of Puerto Rico (San Juan)
# CIVIL DOCKET FOR CASE #: **3:23−cv−01544−MAJ**

| | |
|---|---|
| de−la−Fuente−Diaz et al v. Pierluisi et al | Date Filed: 10/27/2023 |
| Assigned to: Judge Maria Antongiorgi−Jordan | Date Terminated: 06/02/2025 |
| Case in other court:  25−01638 | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Inaru Nadia de−la−Fuente−Diaz**     represented by   **Johanna M. Emmanuelli−Huertas**
94 Calle Ponce
San Juan, PR 00917
787−342−6499
Email: jmeh@poalaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maru Rosa Hernandez**     represented by   **Johanna M. Emmanuelli−Huertas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre Rodil**     represented by   **Johanna M. Emmanuelli−Huertas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yeivy Velez−Bartolomei**     represented by   **Johanna M. Emmanuelli−Huertas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ge Castro−Cruz**     represented by   **Johanna M. Emmanuelli−Huertas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deni Juste**     represented by   **Johanna M. Emmanuelli−Huertas**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Pedro Pierluisi**<br>*in his official capacity as Governor of the Commonwealth of Puerto Rico* | represented by | **Diana Itzel Perez–Carlo**<br>Puerto Rico Departament of Justice<br>Federal Division<br>Street Teniente Cesar Gonzalez 677<br>Ave. Jesus T. Pinero<br>San Juan, PR 00902–0192<br>Puerto Rico<br>(787) 224–4198<br>Email: diana.perez@justicia.pr.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Carlos R Mellado–Lopez**<br>*in his official capacity as Secretary of the Department of Health of the Commonwealth* | represented by | **Diana Itzel Perez–Carlo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Wanda Llovet–Diaz**<br>*in her official capacity as the Director of the Division of Demographic Registry and Vital Statistics of the Commonwealth* | represented by | **Diana Itzel Perez–Carlo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2025 | 65 | Certified and Transmitted Record on Appeal to US Court of Appeals re 64 Notice of Appeal [Docket Entries 59, 60, 62 & 64] (idg) (Entered: 07/03/2025) |
| 07/23/2025 | | USCA Appeal Fees received $ 605 receipt number 119056 re 64 Notice of Appeal,, filed by All Defendants. (rim) (Entered: 07/23/2025) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** July 3, 2025

**DC #:** 23-1544  (MAJ)

**APPEAL FEE PAID:**    YES _____    NO __X__

**CASE CAPTION:**    De-La-Fuente-Diaz et al   v.   Pierluisi et al

**IN FORMA PAUPERIS:**    YES _____    NO __X__

**MOTIONS PENDING:**    YES __X__    NO _____

**NOTICE OF APPEAL FILED BY:**    Defendants

**APPEAL FROM:**    Opinion and Order entered on 05/30/2025, Judgment entered on 06/02/2025, Order entered on 06/30/2025

**SPECIAL COMMENTS:**    Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries    59, 60, 62 and 64**

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

    ADA I. GARCIA-RIVERA, ESQ.
    Clerk of the Court


    S/ Idnar Díaz
    Idnar Díaz
    Deputy Clerk

s/c:  CM/ECF Parties, Appeals Clerk

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Diana Itzel Perez-Carlo (diana.perez.carlo@gmail.com,
diana.perez@justicia.pr.gov, rurodriguez@justicia.pr.gov, spenagaricano@justicia.pr.gov),
Johanna M. Emmanuelli-Huertas (jmeh@mac.com, jmeh@poalaw.com, notificaciones@poalaw.com),
Judge Maria Antongiorgi-Jordan (prd_maj@prd.uscourts.gov)
--Non Case Participants: Appeals Clerk (idnar_diaz@prd.uscourts.gov,
marie_gonzalez@prd.uscourts.gov, mildred_concepcion@prd.uscourts.gov,
neil_almeida@prd.uscourts.gov)
--No Notice Sent:

Message-Id:8861452@prd.uscourts.gov
Subject:Activity in Case 3:23-cv-01544-MAJ de-la-Fuente-Diaz et al v. Pierluisi et al USCA
Appeal Fees
Content-Type: text/html
```

## United States District Court

## District of Puerto Rico

### Notice of Electronic Filing

The following transaction was entered on 7/23/2025 at 4:44 PM AST and filed on 7/23/2025

| | |
|---|---|
| **Case Name:** | de–la–Fuente–Diaz et al v. Pierluisi et al |
| **Case Number:** | 3:23–cv–01544–MAJ |
| **Filer:** | Wanda Llovet–Diaz |
| | Carlos R Mellado–Lopez |
| | Pedro Pierluisi |
| | Andre Rodil |

**WARNING: CASE CLOSED on 06/02/2025**

**Document Number:** No document attached

**Docket Text:**
**USCA Appeal Fees received $ 605 receipt number 119056 re [64] Notice of Appeal,, filed by All Defendants. (rim)**

**3:23–cv–01544–MAJ Notice has been electronically mailed to:**

Johanna M. Emmanuelli–Huertas    jmeh@poalaw.com, jmeh@mac.com, notificaciones@poalaw.com

Diana Itzel Perez–Carlo    diana.perez@justicia.pr.gov, diana.perez.carlo@gmail.com, rurodriguez@justicia.pr.gov, spenagaricano@justicia.pr.gov

**3:23–cv–01544–MAJ Notice has been delivered by other means to:**