# United States Court of Appeals
## For the First Circuit

No. 25-1638

ÍNARU NADIA DE LA FUENTE DÍAZ; MARU ROSA HERNÁNDEZ; ANDRÉ RODIL; YEIVY VÉLEZ BARTOLOMEI; GÉ CASTRO CRUZ; DENI JUSTE,

Plaintiffs - Appellees,

v.

JENNIFFER A. GONZÁLEZ COLÓN, in the official capacity as Governor of the Commonwealth of Puerto Rico; DR. VICTOR RAMOS OTERO, in the official capacity as Secretary of the Department of Health of the Commonwealth; WANDA LLOVET DÍAZ, in the official capacity as the Director of the Division of Demographic Registry and Vital Statistics of the Commonwealth,

Defendants - Appellants.

Before

Rikelman, Kayatta, and Aframe,
Circuit Judges.

**ORDER OF COURT**

Entered: July 30, 2025

This matter is before the court on defendants-appellants' "Emergency Petition for a Stay of Proceedings Before the District Court Under Federal Rule of Appellate Procedure 8 and First Circuit Rule 8." As an initial matter, the "Motion for Leave to File an Oversized Emergency Petition . . ." is GRANTED. Defendants-appellants seek to "stay the proceedings before the district court during the pending appellate proceedings and excuse Appellants[] from complying with the district court's order requiring them to amend Puerto Rico's birth certificate format not later than July 31, 2025." The court has received and considered a response to the motion.

Upon careful consideration of the parties' stay papers in this court, we conclude that stay relief is in order. See Nken v. Holder, 556 U.S. 418, 433 (2009). The motion is GRANTED. Enforcement of the district court's rulings in the underlying matter is stayed pending resolution of this appeal or pending further order.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. María Antongiorgi Jordán
Ada García-Rivera, Clerk, United States District Court for the District of Puerto Rico
Johanna M. Emmanuelli Huertas
Omar J. Andino Figueroa
Diana Itzel Pérez Carlo
Frank Alexander Rosado-Mendez
Lourdes Lynnette Gómez Torres