# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1638    **Short Title:** De la Fuente-Díaz, et al. v. Gon

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Senate of Puerto Rico _____ as the

[ ] appellant(s)    [ ] appellee(s)    [✔] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

s/Mariola Abreu-Acevedo    9/17/2025
Signature    Date

Mariola Abreu-Acevedo
Name

MZLS LLC    (787) 478-9484
Firm Name (if applicable)    Telephone Number

351 Tetuán Street, 2-B
Address    Fax Number

San Juan, PR 00901    mabreu@mzls.com
City, State, Zip Code    Email (required)

Court of Appeals Bar Number: 1199215

Has this case or any related case previously been on appeal?

[✔] No    [ ] Yes  Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print    Reset