# UNITED STATES COURT OF APPEALS
# For the First Circuit

―――――――――――――

No. 25-1638

ÍNARU NADIA DE LA FUENTE DÍAZ; MARU ROSA HERNÁNDEZ; ANDRÉ RODIL; YEIVY VÉLEZ BARTOLOMEI; GÉ CASTRO CRUZ; DENI JUSTE

Plaintiffs - Appellees,

v.

JENNIFFER A. GONZÁLEZ COLÓN, in the official capacity as Governor of the Commonwealth of Puerto Rico; DR. VÍCTOR RAMOS OTERO, in his official capacity as Secretary of Health of the Commonwealth of Puerto Rico; WANDA LLOVET DÍAZ, in the official capacity as Director of the Division of Demographic Registry and Vital Statists of the Commonwealth,

Defendants – Appellants.

―――――――――――

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

[Hon. María Antongiorgi-Jordán, <u>U.S. District Judge</u>]

―――――――――――――

**MOTION OF THE SENATE OF PUERTO RICO FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS AND FOR REVERSAL**

---

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), the Senate of Puerto Rico respectfully moves for leave to file the accompanying *amicus curiae* brief in support of Defendants-Appellants Jenniffer A. González Colón, in her official

capacity as Governor of Puerto Rico; Dr. Víctor Ramos Otero, in his official capacity as Secretary of the Department of Health of Puerto Rico; and Wanda Llovet Díaz, in the official capacity as the Director of the Division of Demographic Registry and Vital Statistics of Puerto Rico (collectively, "Government", "Puerto Rico" or "Defendants-Appellants"), and for reversal of the judgment below.

The Senate of Puerto Rico is one of two chambers of the Puerto Rico Legislative Assembly and is constitutionally vested with the power to enact laws on behalf of the people of Puerto Rico. The Senate has a direct and substantial institutional interest in this case because the district court's *Opinion and Order* mandating recognition of a third sex marker on birth certificates displaces legislative judgment, overrides the Puerto Rico Civil Code, and effectively imposes by judicial decree a policy never enacted by the elected representatives of the people.

The proposed *amicus* brief explains the constitutional and institutional concerns raised by the decision below. It highlights the importance of legislative primacy in matters of civil status and vital records, clarifies the limited scope of *Arroyo-González v. Rosselló Nevares*, 305 F. Supp. 3d 327 (D.P.R. 2018), and addresses the legitimate governmental interests underpinning Puerto Rico's binary framework for birth certificates. It also addresses the legislative intent behind the 2020 Puerto Rico Civil Code. This perspective is distinct from that of the parties and

will aid this Honorable Court in evaluating the constitutional and institutional stakes presented in this appeal.

Undersigned counsel has contacted counsel of record for Defendants-Appellants and Plaintiffs-Appellees regarding this motion to participate as *amicus curiae*. Counsel for Defendants-Appellants have consented to this motion. No counsel for any party has indicated opposition. At the time of filing, counsel for Plaintiffs-Appellees has not responded to the request for consent.

For the foregoing reasons, the Senate of Puerto Rico respectfully requests that this Honorable Court grant leave to file the accompanying *amicus curiae* brief in support of Defendants-Appellants and reversal of the district court's judgment.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 17th day of September, 2025.

*s/Mariola Abreu Acevedo*
**MARIOLA ABREU-ACEVEDO, ESQ.**
USCA No. 1199215
MZLS LLC
351 Tetuán Street, 2-B
San Juan, Puerto Rico 00901
Telephone: (787) 478-9484
Email: *mabreu@mzls.com*

*Counsel for Amicus Curiae*
*Senate of Puerto Rico*

## CERTIFICATE OF FILING AND SERVICE

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico this 17th day of September, 2025.

*s/Mariola Abreu Acevedo*
**MARIOLA ABREU-ACEVEDO**
USCA No. 1199215
MZLS LLC
351 Tetuán Street, 2-B
San Juan, Puerto Rico 00901
Telephone: (787) 478-9484
Email: *mabreu@mzls.com*

*Counsel for Amicus Curiae*
*Senate of Puerto Rico*