# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1638         **Short Title:** De La Fuente-Díaz, et al v. Go

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Amnesty International Puerto Rico Section, Inc.                                                          as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/Jessica E. Méndez-Colberg
Signature

_____
Date

Jessica E. Méndez-Colberg
Name

CELFI, LLC
Firm Name (if applicable)

(787) 962-5918
Telephone Number

P.O. Box 8008
Address

_____
Fax Number

Ponce, PR 00732
City, State, Zip Code

jessica.mendez@celfipr.com
Email (required)

Court of Appeals Bar Number: 118527

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).