No. 25-1638

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

---

ÍNARU NADIA DE LA FUENTE DÍAZ; MARU ROSA HERNÁNDEZ; ANDRÉ RODIL; YEIVY VÉLEZ BARTOLOMEI; GÉ CASTRO CRUZ; DENI JUSTE,

*Plaintiffs-Appellees,*

v.

JENNIFER A. GONZÁLEZ COLÓN, in her official capacity as Governor of the Commonwealth of Puerto Rico; DR. VÍCTOR RAMOS OTERO, in his official capacity as Secretary of the Department of Health of the Commonwealth; WANDA LLOVET DÍAZ, in her official capacity as the Director of the Division of Demographic Registry and Vital Statistics of the Commonwealth,

*Defendants-Appellants,*

---

On Appeal from the United State District Court
for the District of Puerto Rico, No. 23-cv-01544
[Hon. María Antongiorgi-Jordán, U.S. District Judge]

---

## *AMICUS CURIAE* BRIEF OF WAVES AHEAD, LA FEDERACIÓN LGBTQ+ DE PUERTO RICO, AND TRUE SELF FOUNDATION IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

---

Kara N. Ingelhart
USCA No. 1220700
Clinical Assistant Professor of Law
Director, LGBTQI+ Rights Clinic
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue, 8th Floor
(312) 503-3770
kara.ingelhart@law.northwestern.edu

*Counsel for Amici Curiae*

# TABLE OF CONTENTS

INTEREST OF AMICI ............................................................................... 1

INTRODUCTION ..................................................................................... 2

ARGUMENT ............................................................................................ 3

I.    MAINSTREAM MEDICAL SCIENCE DEMONSTRATES THAT
      ACCURATE IDENTITY DOCUMENTS SUPPORT POSITIVE
      HEALTH AND SOCIAL OUTCOMES FOR NONBINARY
      PEOPLE ......................................................................................... 3

      A.    Legal Transition is a Key Element of Social Transition for
            Transgender People as Shown by Rigorous Scientific Studies and
            Reports ................................................................................. 6

      B.    Science Shows That Policies Like Puerto Rico's Unconstitutional
            Policy Impair Legal Transition for Nonbinary Transgender
            People ................................................................................ 13

II.   BIRTH CERTIFICATES ARE UBIQUITOUS IDENTITY
      DOCUMENTS ............................................................................. 18

      A.    Birth Certificates Are Routinely Necessary for American Civil
            Life ................................................................................... 18

      B.    Puerto Rico's Statutes and Policy Expose Nonbinary Transgender
            People Born in Puerto Rico to Myriad Opportunities to Produce
            Stigmatizing, Inaccurate Birth Certificates .................................... 23

III.  INCONGRUENT IDENTITY DOCUMENTS HARM NONBINARY
      TRANSGENDER PEOPLE ............................................................. 25

      A.    For Transgender People Whose Identity Documents Don't
            Match Each Other, There is a Documented Risk of Harm ........... 26

      B.    Nonbinary Transgender People Who Do Not Have Identity
            Documents That Match the Subject's Gender Presentation
            Face a Documented Risk of Harm ................................................. 27

ii

**CONCLUSION**.................................................................................................30

# TABLE OF AUTHORITIES

**Cases**

*Arroyo Gonzalez v. Rossello Nevares*,
    305 F. Supp. 3d 327 (D.P.R. 2018) .................................................................12

*Love v. Johnson*,
    146 F. Supp. 3d 848 (E.D. Mich. 2015)............................................................12

*Noem v. Vasquez Perdomo*,
    No. 25A169, 2025 WL 2585637 (U.S. Sept. 8, 2025) ..................................19

**Statutes**

4A L.P.R.A Ap. XXIV, Regla 102.........................................................................24

4A L.P.R.A Ap. XXIV, Regla 126.........................................................................24

3 L.P.R.A. § 830l(e)(1)..........................................................................................24

7 L.P.R.A. § 3123 ..................................................................................................24

8 L.P.R.A. § 1086a(g)(1)........................................................................................24

9 L.P.R.A. § 5058(e) ..............................................................................................22

16 L.P.R.A. § 4569.................................................................................................24

18 L.P.R.A. § 395(b)..............................................................................................24

20 L.P.R.A. § 3457(h)............................................................................................23

23 L.P.R.A. § 361h(a)(1)........................................................................................23

23 L.P.R.A. § 361i(a)(1).........................................................................................23

23 L.P.R.A. § 6822(i)(1) ........................................................................................23

24 L.P.R.A § 533(a)................................................................................................23

24 L.P.R.A § 550b(a)..............................................................................................23

24 L.P.R.A. § 10060(a)(3).......................................................................................23

iv

25 L.P.R.A. § 462a(c)(5) .........................................................................24

29 L.P.R.A. § 438(a) ..............................................................................23

29 L.P.R.A. § 476b(a) .............................................................................23

34A L.P.R.A. App. 1-A, Rule 10.1...........................................................24

**Other Authorities**

Aaron S. Breslow et al., *Toward Nonbinary Nuance in Research and Care*, 6
    TRANSGENDER HEALTH 156 (2021) .............................................................14

*Administrative Plan Puerto Rico Public Housing Administration Housing
    Choice Voucher Programs*, GOV'T OF PUERTO RICO PUBLIC HOUSING
    ADMINISTRATION (April 11, 2024), https://perma.cc/YV5Z-MG5Z ............10

Aisa Burgwal et al., *Health disparities between binary and non binary trans
    people*, 20 INT'L J. TRANSGENDERISM 218 (2019)...................................14, 15

Am. Psych. Ass'n, *Guidelines for Psychological Practice with Transgender
    and Gender Nonconforming People*, 70 AM. PSYCH. 832 (2015)...............3, 5

AMA House of Delegates, *Resolution 223 (A-23): Protecting Access to
    Gender Affirming Care* (2023)................................................................. 5

Anna Kari, *Gender and Health*, WORLD HEALTH ORGANIZATION (2019),
    https://perma.cc/DV73-CM2H ..........................................................4

*APA Resolution on Gender Identity Change Efforts*, AM. PSYCH. ASS'N (Feb.
    2021), https://www.apa.org/about/policy/resolution-gender-identity-
    change-efforts.pdf ........................................................................4

*Application for a U.S. Passport,* U.S. DEPARTMENT OF STATE (April 2025),
    https://eforms.state.gov/Forms/ds11_pdf.PDF ..............................................19

Arjee Restar et al., *Legal Gender Marker and Name Change is Associated with Lower Negative Emotional Response to Gender-Based Mistreatment and Improve Mental Health Outcomes Among Trans Populations*, 11 SSM-POP. HEALTH 1 (2020) .............................................................................................. 7

Ayden I. Scheim et al., *Gender-Concordant Identity Documents and Mental Health Among Transgender Adults in the USA*, 5 LANCET PUB. HEALTH 196 (2020) ...............................................................................................*passim*

Ayden I. Scheim et al., *Legal Gender Recognition and the Health of Transgender and Gender Diverse People*, 378 SOC. SCI. MED. 1 (2025)................................................................................................*passim*

Brandon J. Hill et al., *Exploring Transgender Legal Name Change as a Potential Structural Intervention for Mitigating Social Determinants of Health Among Transgender Women of Color*, 15 SEXUALITY RSRCH. SOC. POL'Y 25 (2018)...................................................................................................13, 20

Carlo Moliero & Nuno Pinto, *Legal Gender Recognition in Portugal*, 1 INT'L J. GENDER, SEXUALITY LAW 218 (2020) ...........................................................8

Ciro De Vincenzo et al., *Experiences and narratives of mandatory psychological assessment in Trans and Nonbinary people*, 13 BMC PSYCH. 1 (2025).......15

C.L. Quinan & Nina Bresser, *Gender at the Border*, 1 GLOB. PERSP. 1 (2020)......10

Dante Chinni, *Who Owns a Passport in America?*, AMERICAN COMMUNITIES PROJECT (Mar. 19, 2023), https://www.americancommunities.org/who-owns-a-passport-in-america/ .................................................................................22

David Matthew Doyle, *Transgender identity: Development, management and affirmation*, 48 CURRENT OPINION PSYCH. 1 (2022) ....................................17

Denise Chew et al., *Youths with a non-binary gender identity*, 4 LANCET CHILD
    ADOLESCENT HEALTH 322  (2020)..................................................................13

Departamento de la Familia Acuden, *Borrador del Plan Estatal del Programa
    Child Care 2025 – 2027* (2024), https://perma.cc/KC6C-9PYZ...................22

Eli Coleman et al., *Standards of Care for the Health of Transgender and Gender
    Diverse People, Version 8*, 23 INT'L J TRANSGENDER HEALTH S1
    (2022)..............................................................................................4, 5, 6, 7

Elisa Carino, *Made In America: How Birth Certificate Applications Infringe On
    The Right To Citizenship*, 43 N.Y.U. REV. L. SOC. CHANGE 225 (2019).......21

Elliot A. Tebbe & Stephanie L. Budge, *Factors that drive mental health disparities
    and promote well- being in transgender and nonbinary people*, 1 NATURE
    REV. PSYCH. 694 (2022) ...............................................................................13

Emmie Matsuno & Stephanie L. Budge, *Non-binary/Genderqueer Identities*, 9
    CURRENT SEX HEALTH REP. 116 (2017).....................................................3, 4

*Employment Eligibility Verification*, DHS, https://perma.cc/VX9V-ND69.............19

Eric D. Olson & Kelly Reddy-Best, *Transgender and Gender Nonconforming
    Travel and Tourism Experiences*, 70 TOURISM MGMT. 250 (2019) ..............10

Gregory Zlotnick, *Picking the Lock: A Proposal for a Standard Fee Waiver in
    Texas for Identification Documents*, 22 SCHOLAR 345 (2020) ......................20

Hélène Frohard-Dourlent et al., *"I would have preferred more options":
    accounting for non-binary youth in health research*, 24 NURSING INQUIRY 1
    (2017)............................................................................................................15

*How to Apply for Medicaid*, NEST HEALTH, https://perma.cc/HX2F-6FVU .......... 21

JACK BRYNE, LICENSE TO BE YOURSELF (2014) ......................................................6

Jack Daniel Andrzejewski, *Relationships of social determinants of health with substance use and psychological distress among a cohort of transgender women and transfeminine nonbinary adults in the Southern and Eastern United States* (2024) https://escholarship.org/uc/item/0529w9tr .................16

Jae A. Puckett et al., *Legal Gender Affirmation, Psychological Distress, and Physical Health Issues*, 21 SEXUALITY RSCH. SOC. POL'Y 1112 (2024) .......17

Jamie Langowski et al., *Transcending Prejudice: Gender Identity and Expression-Based Discrimination in the Metro Boston Rental Housing Market*, 29 YALE J. L. & FEMINISM 321 (2018) ........................................................................11

Jessica A. Clarke, *They, Them, and Theirs*, 132 HARV. L. REV. 894 (2019) ...........29

Jessica A. Clarke, *Sex Assigned at Birth*, 122 COLUM. L. REV. 1821 (2022) ..........28

Jody L. Herman & Kathryn O'Neill, *Gender Marker Changes on State Documents*, WILLIAMS INSTITUTE (2021), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Gender-Markers-Jun-2021.pdf ...........................................10

John R. Blosnich et al., *Mental Health of Transgender Veterans in US States With and Without Discrimination and Hate Crime Legal Protection*, 106 AM. J. PUB. HEALTH 534 (2017) ............................................................................17

Jonah P. DeChants, et al., *Association of Updating Identification Documents with Suicidal Ideation and Attempts among Transgender and Nonbinary Youth*, 19 INT'L J. ENV'T RSCH. PUB. HEALTH 1 (2022).......................................9, 16

Kimberly Yee et al., *Change in Gender on Record and Transgender Adults' Mental or Behavioral Health*, 62 AM. J. PREVENTIVE MED. 696 (2022) ...................8

viii

Kyle K. H. Tan et al., *Barriers to Possessing Gender-Concordant Identity Documents are Associated with Transgender and Nonbinary People's Mental Health in Aotearoa/New Zealand*, 9 LGBT HEALTH 401 (2022).................................................................................................*passim*

*Learn what documents you will need to get a Social Security Card*, SSA.GOV, https://perma.cc/4QJ9-GYY5 ................................................................19, 21

*Marriage Licenses*, SHELBYCOUNTYTN.GOV, https://perma.cc/C7RL-XTHP.........21

Marta Evelia Aparicio-García et al., *Health and Well-Being of Cisgender, Transgender and Non-Binary Young People*, 15 INT'L J. ENV'T RSCH. PUB. HEALTH 1 (2018)...........................................................................................14

Mathilde Kennis et al., *Gender Affirming Medical Treatment Desire and Treatment Motives in Binary and Non-Binary Transgender Individuals*, 19 J. SEX MEDICINE 1173 (2022)...................................................................................15

Nat Thorne et al., *A comparison of mental health symptomatology and levels of social support in young treatment seeking transgender individuals who identify as binary and non-binary*, 20 INT'L J. TRANSGENDERISM 241 (2019)...........................................................................................13, 14

Oralia Loza et al., *Impact of Name Change and Gender Marker Correction on Identity Documents to Structural Factors and Harassment Among Transgender and Gender Diverse People in Texas*. 4 SEXUALITY, GENDER, & POLICY 76 (2021)....................................................................10, 11, 12, 27

Paul R. Sterzing et al., *Social ecological correlates of polyvictimization among a national sample of transgender, genderqueer, and cisgender sexual minority adolescents*, 67 CHILD ABUSE NEGLECT 1 (2017).........................................14

*Professional Organization Statements Supporting Transgender People in Health Care*, Lambda Legal (Sep. 18, 2018), https://perma.cc/K2YK-7WVB ..................................................................................................5

Randi Ettner et al., *Secrecy and the Pathophysiology of Hypertension*, 2012 Int'l J. Fam. Med. 1 (2012) ..................................................................8, 9

*Requirements to Enter in Marriage*, Commonwealth of Puerto Rico Dept. of Health, https://perma.cc/BK2J-YYA9 ......................................................21

Ruby Grant et al., *Mental health and wellbeing outcomes associated with social, medical, and legal gender affirmation among trans young people in Australia*, Int'l J. Transgender Health 1 (2024)................................15, 16

Samuel Mann, *Transgender Employment and Gender Marker Laws*, 73 Labour Econ. 1 (2021)..........................................................................10, 13

Sandy E. James et al., *Early Insights: A Report of the 2022 U.S. Transgender Survey*, Nat'l Center for Transgender Equal. (2024) ...............4, 14, 24

Sandy E. James et al., *The Report of the 2015 U.S. Transgender Survey*, Nat'l Center for Transgender Equal. (2016) ....................................11, 12, 14

Sara Emily Burke et al., *Forms of Psychological Bias Against Transgender Women and Men and People With Nonbinary Gender Identities*, 15 Personality & Soc. Psych. Rev. 1 (2025)....................................................................28, 29

Sarah E. Valentine, *Disparities in Exposure to Intimate Partner Violence Among Transgender/Gender Nonconforming and Sexual Minority Primary Care Patients*, 4 LGBT Health 260 (2017) ...........................................................14

Shelly Evans, *The Experience of Transitioning for the Transgender Person* (2023) https://www.sigmarepository.org/dissertations/1250/ ...................................18

Stephen T. Russell et al., *Chosen Name Use is Linked to Reduced Depressive Symptoms, Suicidal Ideation and Behavior among Transgender Youth*, 63 J. ADOLESCENT HEALTH 503 (2018) ............................................................ 5, 16

SUSAN J. PEARSON, THE BIRTH CERTIFICATE: AN AMERICAN HISTORY (2021)..19, 22

Trans PULSE Canada, *Health and Health Care access for Trans and Non-Binary People in Canada* (2020), https://perma.cc/W8JV-BL8E ............................. 9

*Welcome to MASIS School Admissions*, MASIS SCHOOL, https://perma.cc/P4NC-M9CZ ...................................................................................................... 21

Wesley M. King & Kristi E. Gamarel, *A Scoping Review Examining Social and Legal Gender Affirmation and Health Among Transgender Populations*, 6 TRANSGENDER HEALTH 5 (2021) ................................................................26

*What Documents Do I Need to Apply for Medicare?*, PAYING FOR SENIOR CARE, https://perma.cc/23XF-VGLH ......................................................................21

*What is Gender Dysphoria*, AM. PSYCH. ASS'N, https://perma.cc/P7L8-6FZL .... 5

World Health Organization, *Policy Brief: Transgender People and HIV*, 8 (July 2015), https://iris.who.int/server/api/core/bitstreams/401251d1-24e1-4374-97d1-af6c3273a107/content ...........................................................................6

Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons*, 102 J. CLINICAL ENDOCRINOLOGY METABOLISM 3869 (2017) ............................................................................................. 5

## INTEREST OF AMICI[1]

Waves Ahead is a non-profit direct services organization dedicated to working with and supporting vulnerable and underserved populations across Puerto Rico by providing culturally responsive mental health services, leadership development, education, and community-building and connection opportunities. They focus their programming on LGBTQ+ individuals, seniors, people experiencing housing instability, women-head-of-households, and other subpopulations. Waves Ahead provides its services, which include name changes and identity document change services to transgender people, free of cost to the community.

The True Self Foundation is the only LGBTQ foundation in Puerto Rico. Its mission is to promote social mobility and general wellbeing of LGBT+ people through its five mission pillars of social mobility: health, education, employment, research, and emergency response. They support multiple services and funds that help meet specific needs of transgender and nonbinary people living in Puerto Rico including legal name and gender marker changes, empowerment programs,

---

[1] *Amici* affirm that no counsel for a party authored this brief in whole or in part, and that no person other than *Amici*, their members, or their counsel made a monetary contribution to fund its preparation or submission. This brief does not purport to convey the position of Northwestern Pritzker School of Law. Undersigned counsel has contacted counsel of record, and all parties have consented to the filing of this brief.

1

academic scholarships, provision of necessary undergarments, emergency response services, food drives, and grants for community projects.

La Federación LGBTQ+ de Puerto Rico is a non-profit advocacy coalition of over 100 LGBTQ+ community and LGBTQ-allied organizations in Puerto Rico. It works collaboratively to defend the dignity of LGBTQ+ people in Puerto Rico and community members throughout the nation. La Federación advocates with elected officials in Puerto Rico to educate them about the needs of LGBTQ+ people and the community to ensure that the rights of LGBTQ+ people that have been recognized are maintained and to continue to implement equality for the community.

## INTRODUCTION

*Amici* respectfully submit this brief in support of Plaintiffs-Appellees to present information regarding the following concerns and issues from their expertise in serving the needs of transgender and nonbinary people in Puerto Rico.

For nonbinary transgender people, accurate identity documents, including birth certificates—which serve as a foundational identity document to other forms of identification—are medically necessary for social transition related to their gender identity.

Additionally, birth certificates are ubiquitous identity documents, especially in Puerto Rico, where they are statutorily required for myriad uses, thus nonbinary

people born in the Commonwealth do not have accurate birth certificates and face barriers in civil society on a routine basis.

Finally, nonbinary people born in Puerto Rico, who do not have access to nonbinary gender markers on their birth certificates, must necessarily have incongruent identity documents, which itself creates harms unique to nonbinary transgender people.

## ARGUMENT

### I. MAINSTREAM MEDICAL SCIENCE DEMONSTRATES THAT ACCURATE IDENTITY DOCUMENTS SUPPORT POSITIVE HEALTH AND SOCIAL OUTCOMES FOR NONBINARY PEOPLE.

Every person has a gender identity, which refers to a person's innate, internal sense of self as a particular gender. *See* Am. Psych. Ass'n, *Guidelines for Psychological Practice with Transgender and Gender Nonconforming People*, 70 AM. PSYCH. 832, 834 (2015) ["APA Guidelines 2015"]. Transgender people have a gender identity that is not stereotypically associated with their sex assigned at birth. *Id.* Nonbinary transgender people are those (a) whose gender identity falls between or outside male and female identities, (b) who can experience being a man or woman at separate times, or (c) who do not experience having a gender identity or reject having a gender identity. *See* Emmie Matsuno & Stephanie L. Budge, *Non-binary/Genderqueer Identities*, 9 CURRENT SEX HEALTH REP. 116, 116-17 (2017). Recent studies suggest nonbinary people comprise a substantial portion of

the transgender population. *Id.* at 117 ("approximately 35% of individuals who identify as transgender primarily identify as non-binary"); *see also* Sandy E. James et al., *Early Insights: A Report of the 2022 U.S. Transgender Survey*, NAT'L CENTER FOR TRANSGENDER EQUAL., 13 (2024) (38% of respondents to a national survey of transgender people identified as nonbinary) ["2022 U.S. Transgender Survey"].

　　And leading professional health associations agree that "[t]he expression of gender characteristics, including identities, that are not stereotypically associated with one's sex assigned at birth is a common and a culturally diverse human phenomenon," which a person should not be expected or pressured to alter. *See APA Resolution on Gender Identity Change Efforts*, AM. PSYCH. ASS'N (Feb. 2021), https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf; *see also* Eli Coleman et al., *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, 23 INT'L J TRANSGENDER HEALTH S1, S56 (2022) ["WPATH Standards of Care"]; Anna Kari, *Gender and Health*, WORLD HEALTH ORGANIZATION (2019), https://perma.cc/DV73-CM2H. When a person is unable to live in accordance with their gender identity, they may experience symptoms of gender dysphoria—a serious medical condition characterized by "clinically significant distress and impairment [that] often requires medically necessary clinical interventions." WPATH Standards of Care,

4

S17-18. Gender-dysphoria-related distress may manifest as anxiety, depression, and suicidality, and, according to the American Psychiatric Association, may be triggered or exacerbated by stigma and discrimination related to one's gender-diverse gender identity. *What is Gender Dysphoria*, AM. PSYCH. ASS'N, https://perma.cc/P7L8-6FZL (collecting materials, including the fifth edition of the Diagnostic and Statistical Manual of Mental Disorder (DSM-5)).

Social transition is the process a transgender person takes to ensure that their gender presentation aligns with their gender identity, and is widely regarded as an efficacious and necessary treatment for gender dysphoria by the American Medical Association ("AMA"), the American Psychological Association, the American Psychiatric Association, the WHO, WPATH, the American Academy of Family Physicians, the American Public Health Association, and the American College of Obstetrics and Gynecology.[2] It includes "changing first names, pronouns, hair, and clothing." Stephen T. Russell et al., *Chosen Name Use is Linked to Reduced Depressive Symptoms, Suicidal Ideation and Behavior among Transgender Youth*, 63 J. ADOLESCENT HEALTH 503, 504 (2018). For many, a key component of social

---

[2] *See, e.g.*, AMA House of Delegates, *Resolution 223 (A-23)*: *Protecting Access to Gender Affirming Care* (2023); *Professional Organization Statements Supporting Transgender People in Health Care*, LAMBDA LEGAL (Sep. 18, 2018), https://perma.cc/K2YK-7WVB; Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons*, 102 J. CLINICAL ENDOCRINOLOGY METABOLISM 3869 (2017); APA Guidelines 2015.

transition is legal transition—the updating of identity documents to ensure one's gender identity is correctly and consistently reflected—as it "aids [in the] wider acceptance of [one's] identity in everyday interactions." JACK BRYNE, LICENSE TO BE YOURSELF 6 (2014); *see generally* WPATH Standards of Care; *see also* Ayden I. Scheim et al., *Gender-Concordant Identity Documents and Mental Health Among Transgender Adults in the USA*, 5 LANCET PUB. HEALTH 196, 197 (2020) ["Scheim et al. 2020"].

> **A. Legal Transition is a Key Element of Social Transition for Transgender People as Shown by Rigorous Scientific Studies and Reports.**

Every person, regardless of their gender identity, needs consistent and accurate documentation to take part in society. The World Health Organization describes the lack of access to IDs with the correct gender marker as structural and social inequality that can result in gender dysphoria symptoms. World Health Organization, *Policy Brief: Transgender People and HIV*, 8 (July 2015), https://iris.who.int/server/api/core/bitstreams/401251d1-24e1-4374-97d1-af6c3273a107/content ["WHO Policy Brief 2015"]. The inverse is also true—gender dysphoria is scientifically shown to be alleviated by changing the gender marker on identity documents, as increases in gender affirmation improve mental health measures for transgender people. *See, e.g.*, Ayden I. Scheim et al., *Legal Gender Recognition and the Health of Transgender and Gender Diverse People*,

378 Soc. Sci. Med. 1, 2 (2025) ("Gender affirmation may improve health directly via the psychosocial impacts of affirmation and indirectly via stigma mitigation.") ["Scheim et al. 2025"]; *see also* WPATH Standards of Care, S18 ("legal name and sex or gender change on identity documents can also be beneficial . . . to effectively affirm an individual's gender identity and reduce gender incongruence and dysphoria."); *and see* Arjee Restar et al., *Legal Gender Marker and Name Change is Associated with Lower Negative Emotional Response to Gender-Based Mistreatment and Improve Mental Health Outcomes Among Trans Populations*, 11 SSM-Pop. Health 1, 2, 6-7 (2020) ("Updating one's ID may . . . be understood as an important step toward *gender affirmation*: a process by which trans people assert social, political, and psychological legitimacy and develop internal resources to cope with gender-based mistreatment and discrimination.").

Multiple studies across many jurisdictions have evidenced the same direct correlation of access to accurate identity documents and improved health outcomes, including a recent study of transgender people residing in the First Circuit states of Massachusetts and Rhode Island. Restar et al. at 1, 6-7 (finding that "legal changes on state IDs and passports are associated with lower reports of depression, anxiety, somatization, psychiatric distress, and emotionally upsetting response due to gender-based mistreatment," in a study "examin[ing] associations between legal gender affirmation . . . upsetting responses to gender-based

mistreatment, and mental health outcomes"); *see also* Kyle K. H. Tan et al., *Barriers to Possessing Gender-Concordant Identity Documents are Associated with Transgender and Nonbinary People's Mental Health in Aotearoa/New Zealand*, 9 LGBT HEALTH 401, 401 (2022) (finding that gender-concordant IDs resulted in less psychological stress for transgender individuals in New Zealand); *Cf.* Kimberly Yee et al., *Change in Gender on Record and Transgender Adults' Mental or Behavioral Health*, 62 AM. J. PREVENTIVE MED. 696, 697 (2022) (finding that Oregon Medicaid beneficiaries that updated their medical records to reflect their gender identity "had meaningful lower probability of mental and behavioral health conditions"). And survey data show that transgender people themselves identify that "easier legal procedures for gender recognition would help them to live a more comfortable life." *See* Carlo Moliero & Nuno Pinto, *Legal Gender Recognition in Portugal*, 1 INT'L J. GENDER, SEXUALITY LAW 218, 222 (2020).

Additionally, when identity documents show an incorrect gender marker or reveal someone's sex or name assigned at birth, they disclose private personal and medical information about a person's body—that their sex assigned at birth does not stereotypically match their gender identity—outside of the subject's control, otherwise known as outing. *See* Randi Ettner et al., *Secrecy and the Pathophysiology of Hypertension*, 2012 INT'L J. FAM. MED. 1, 3 (2012). Research

8

reveals that the persistent fear of outing itself carries measurable physical health consequences and mental health consequences. *See id.* (documenting 100% increased risk for hypertension among transgender women who fear disclosure); *see also* Jonah P. DeChants, et al., *Association of Updating Identification Documents with Suicidal Ideation and Attempts among Transgender and Nonbinary Youth*, 19 INT'L J. ENV'T RSCH. PUB. HEALTH 1, 1 (2022).

Unfortunately, transgender people's fears of discrimination, harassment, and violence as a result of inaccurate identity documents are well-founded based on well-known high rates of discrimination, harassment, and violence from the same. *See,* 2022 U.S. Transgender Survey, 22 (finding in largest-ever survey of 92,329 transgender respondents that 22% experienced harassment, assault, or denial of service when showing mismatched ID). Studies document these harms across essential life activities like travel, employment, housing, and participating in the democratic process of voting.

For instance, we know that large portions of the community avoid public spaces or situations (*e.g.*, public transit, restrooms) due to fears of being harassed. *See* Trans PULSE Canada, *Health and Health Care access for Trans and Non-Binary People in Canada*, 7 (2020), https://perma.cc/W8JV-BL8E (the vast majority—84%—of the nearly 3,000 respondents reported that they had done so in the past five years). And that anxiety about inaccurate identity documents also

extends to avoidance of traveling. *See* Eric D. Olson & Kelly Reddy-Best,

*Transgender and Gender Nonconforming Travel and Tourism Experiences*, 70

TOURISM MGMT. 250, 250 (2019); C.L. Quinan & Nina Bresser, *Gender at the*

*Border*, 1 GLOB. PERSP. 1, 1 (2020).

In employment, transgender people report being denied jobs after successful

interviews or terminated from positions—even after excelling in training—once

employers see the mismatch between their gender presentation and their identity

documents. *See, e.g.*, Samuel Mann, *Transgender Employment and Gender Marker*

*Laws*, 73 LABOUR ECON. 1, 6-7 (2021) (finding that after a policy change lifting

surgical requirements to change gender markers on birth certificates, the

employment rate for transgender men increased). Among transgender travelers

who had passed through airport security, those without corrected passports were

nearly three times more likely to be questioned about the name or gender on their

document. *See, e.g.*, Jody L. Herman & Kathryn O'Neill, *Gender Marker Changes*

*on State Documents*, WILLIAMS INSTITUTE, 8 (2021),

https://williamsinstitute.law.ucla.edu/wp-content/uploads/Gender-Markers-Jun-

2021.pdf (finding that among transgender people who had flown in past year,

17.6% without corrected passports had name/gender questioned by TSA compared

to 6.0% with corrected passports, a nearly 3-fold difference, F=72.40, p<0.001);

*see also* Oralia Loza et al., *Impact of Name Change and Gender Marker*

*Correction on Identity Documents to Structural Factors and Harassment Among Transgender and Gender Diverse People in Texas*. 4 SEXUALITY, GENDER, & POLICY 76, 96 (2021) (finding corrected documents associated with 46% decreased odds of TSA questioning name/gender on ID).

In accessing public accommodations, a study of over thirteen-hundred transgender people highlighted that those without corrected identity documents "reported having been fired at some point or denied services/benefits," while having corrected identity documents was associated with lower odds of harassment in public settings, fewer housing-related issues, more respectful treatment by doctors/health care providers, and more comfort asking police for help. Loza et al. at 76; *see also* Sandy E. James et al., *The Report of the 2015 U.S. Transgender Survey*, NAT'L CENTER FOR TRANSGENDER EQUAL., 9 (2016) (nearly one-third of transgender respondents to a national survey said they were "verbally harassed, denied benefits or services, asked to leave or assaulted" after presenting an ID that did not match their gender presentation) ["2015 U.S. Transgender Survey"].

Inaccurate identification may also exacerbate housing discrimination common among transgender people. *See e.g.*, Jamie Langowski et al., *Transcending Prejudice: Gender Identity and Expression-Based Discrimination in the Metro Boston Rental Housing Market*, 29 YALE J. L. & FEMINISM 321, 322 (2018) (61% of transgender people experienced discriminatory treatment); *see also*

11

2015 U.S. Transgender Survey, at 176 (23% of respondents experienced housing discrimination in past year due to being transgender, with 30% having experienced homelessness at some point in their lives).

Finally, courts have recognized the cognizable harm to transgender voters with inaccurate identification who fear facing or actually face election workers questioning whether their identification is fraudulent, accuse them of not being their stated gender, or disclose their transgender status publicly. *See, e.g.*, *Love v. Johnson*, 146 F. Supp. 3d 848, 855 (E.D. Mich. 2015) (describing a transgender Michigan woman publicly embarrassed by a poll worker who disclosed her transgender status aloud after seeing her driver's license list her gender as male); *Arroyo Gonzalez v. Rossello Nevares*, 305 F. Supp. 3d 327, 332 (D.P.R. 2018) (documenting transgender man in Puerto Rico who could not vote in 2016 election due to fear of disclosure when presenting voter ID with inaccurate gender marker).

Importantly, however, studies also show that when transgender people have accurate identity documents, institutions are more likely to accept their gender presentation—resulting in less discrimination and harassment. Transgender people with identity documents that matched their gender presentation have been shown to be less likely to be denied services; less likely to face harassment in government agencies, places of business, public places, and from airport security; and were more comfortable asking law enforcement for assistance. *See* Loza et al., at 98.

12

Further, removing laws preventing gender marker changes on identity documents "is associated with an increase in the employment rate of FtM transgender people of around 9% to 20%." Mann, at 11. Similarly, an analysis focusing on transwomen of color found that "legal name change may serve as an important structural intervention" with positive "downstream effects on socioeconomic factors . . . e.g., employment, income, and stable housing." Brandon J. Hill et al., *Exploring Transgender Legal Name Change as a Potential Structural Intervention for Mitigating Social Determinants of Health Among Transgender Women of Color*, 15 SEXUALITY RSRCH. SOC. POL'Y 25, 32 (2018).

### B.    Science Shows That Policies Like Puerto Rico's Unconstitutional Policy Impair Legal Transition for Nonbinary Transgender People.

It is well-documented that nonbinary people experience worse mental health outcomes than the general population, including higher levels of anxiety and depression and poorer self-esteem. *See, e.g.*, Elliot A. Tebbe & Stephanie L. Budge, *Factors that drive mental health disparities and promote well- being in transgender and nonbinary people*, 1 NATURE REV. PSYCH. 694, 694 (2022); *see also* Denise Chew et al., *Youths with a non-binary gender identity*, 4 LANCET CHILD ADOLESCENT HEALTH 322, 327 (2020); Nat Thorne et al., *A comparison of mental health symptomatology and levels of social support in young treatment seeking transgender individuals who identify as binary and non-binary*, 20 INT'L J.

13

TRANSGENDERISM 241, 245 (2019). They face increased marginalization, are less

involved in the community, and are less likely to have social support. *See, e.g.*,

Thorne et al., at 246 (hypothesizing that "difficulties in navigating their lives

within a world where societal understanding and visible role models are lacking"

may contribute to worse mental health); Marta Evelia Aparicio-García et al.,

*Health and Well-Being of Cisgender, Transgender and Non-Binary Young People*,

15 INT'L J. ENV'T RSCH. PUB. HEALTH 1, 6 (2018).

These mental health challenges also result in nonbinary people experiencing

greater unemployment, greater economic stress, and lower levels of education. *See,*

*e.g.*, Aisa Burgwal et al., *Health disparities between binary and non binary trans*

*people*, 20 INT'L J. TRANSGENDERISM 218, 224 (2019); Aaron S. Breslow et al.,

*Toward Nonbinary Nuance in Research and Care*, 6 TRANSGENDER HEALTH 156,

158 (2021). Further, as compared to binary transgender people, nonbinary people

face greater rates of violence and discrimination than transgender people,[3]

including in accessing treatment or services and employment. *See, e.g.*, 2022 U.S.

---

[3] They are more likely to experience sexual assault (2015 U.S. Transgender Survey, at 205); sexual abuse (Paul R. Sterzing et al., *Social ecological correlates of polyvictimization among a national sample of transgender, genderqueer, and cisgender sexual minority adolescents*, 67 CHILD ABUSE NEGLECT 1, 7 (2017)); verbal abuse, physical abuse, cyberbullying (Aparicio-García et al., at 2137); and intimate partner violence (Sarah E. Valentine, *Disparities in Exposure to Intimate Partner Violence Among Transgender/Gender Nonconforming and Sexual Minority Primary Care Patients*, 4 LGBT HEALTH 260, 260 (2017)) than transgender people.

Transgender Survey, at 21; *see also* Burgwal et al., at 226; Aparicio-García et al., at 5 (finding that young nonbinary people experienced discrimination 55.1% of the time while looking for a job, compared to 20.6% for those who identified as a binary transgender person).

And specifically salient here, nonbinary people face greater barriers than binary transgender people to legal transitions, including gender marker changes. *See, e.g.*, Ciro De Vincenzo et al., *Experiences and narratives of mandatory psychological assessment in Trans and Nonbinary people*, 13 BMC PSYCH. 1, 2 (2025). Because nonbinary people face unique challenges that institutions may not accommodate, they can struggle deciding which title to use on official documentation or face obstacles from systematic binarism, microaggressions, and identity erasure. *See e.g.*, Hélène Frohard-Dourlent et al., *"I would have preferred more options": accounting for non-binary youth in health research*, 24 NURSING INQUIRY 1, 4 (2017); De Vincenzo et al., at 4.

And although nonbinary people are less likely to desire physical medical transitions than transgender people (*see* Mathilde Kennis et al., *Gender Affirming Medical Treatment Desire and Treatment Motives in Binary and Non-Binary Transgender Individuals*, 19 J. SEX MEDICINE 1173, 1180 (2022)) some jurisdictions require proof of the same before a legal transition (*see, e.g.*, Ruby Grant et al., *Mental health and wellbeing outcomes associated with social,*

*medical, and legal gender affirmation among trans young people in Australia*, INT'L J. TRANSGENDER HEALTH 1, 3 (2024)). As a result, nonbinary people are less likely to have engaged in the legal transition process, with one study finding that only 4% of nonbinary people had updated their identity documents compared to 13% of transgender people. DeChants et al., at 5.

That said, nonbinary people who have legally transitioned report less stigma, discrimination, and stress. *See, e.g.*, Tan et al., at 402. And, for nonbinary people, gender-concordant IDs are associated with lower levels of suicidal ideation and attempts. *See* Scheim et al. 2025, at 1; Russell et al., at 505. Those who are able to legally transition report less psychological distress, including lower depression and anxiety. *See* Tan et al., at 401; Scheim et al. 2020, at 2. These benefits extend to transgender young people as well, with one study showing that "legally affirming one's gender was most strongly associated with greater wellbeing for trans young people, correlating with low rates of anxiety, psychological distress, and suicidal ideation, as well as greater overall happiness." Grant et al., at 8. Legal transitions may also be protective against problematic drug use and problematic alcohol use. Jack Daniel Andrzejewski, *Relationships of social determinants of health with substance use and psychological distress among a cohort of transgender women and transfeminine nonbinary adults in the Southern and Eastern United States*, 92

16

(2024) (Ph.D. dissertation, UC San Diego),

https://escholarship.org/uc/item/0529w9tr.

Even when controlling for sociodemographic characteristics, legal affirmations are correlated with lower levels of mood disorders or self-harm. John R. Blosnich et al., *Mental Health of Transgender Veterans in US States With and Without Discrimination and Hate Crime Legal Protection*, 106 AM. J. PUB. HEALTH 534, 534 (2017). Research shows that legal gender affirmation acts as a protective buffer, significantly reducing the mental health toll of social stigma and psychological distress on transgender and gender non-conforming adults. *See, e.g.,* David Matthew Doyle, *Transgender identity: Development, management and affirmation*, 48 CURRENT OPINION PSYCH. 1, 3-4 (2022) ("From a resilience perspective, gender identity affirmation by others . . . may serve as a key protective factor for transgender people.").

Legal transitions are associated with positive social determinants of health such as employment and accessing health care. Because schools and workplaces may default to legal names, without legal transitions, individuals may be "forced to manage challenging conversations about their name and/or gender." Jae A. Puckett et al., *Legal Gender Affirmation, Psychological Distress, and Physical Health Issues*, 21 SEXUALITY RSCH. SOC. POL'Y 1112, 1119 (2024).

17

Before engaging with medical affirmation, nonbinary individuals may need to obtain legal transition documents. *See, e.g.*, Shelly Evans, *The Experience of Transitioning for the Transgender Person*, at 72 (2023) (Ph.D. dissertation, University of Windsor), https://www.sigmarepository.org/dissertations/1250/. In qualitative studies, nonbinary individuals report that hospitals and practitioners may not change their administrative systems without proof of a legal name change. *Id.* As a result, nonbinary people may be more hesitant to engage with the medical care they require unless they can access accurate identity documents that match their gender identity. *Id.* at 9-10.

As these studies illustrate, accurate identity documents are instrumental for transgender and nonbinary people during their social transition as they provide further support of their gender identity, which better facilitates their interactions with third parties.

## II.    BIRTH CERTIFICATES ARE UBIQUITOUS IDENTITY DOCUMENTS.

Birth certificates are essential to engage in civic life. Their importance is wide-ranging, with both administrative and social dimensions.

### A.    Birth Certificates Are Routinely Necessary for American Civil Life.

As a person's original proof of identity, birth certificates are foundational documents used to obtain other identity documents and establish identity in social life across various domains like travel, employment, housing, the exercise of

18

constitutional rights, education, social services, voting, financial services, and more.[4] SUSAN J. PEARSON, THE BIRTH CERTIFICATE: AN AMERICAN HISTORY 3 (2021).

For instance, the Social Security Administration requires applicants must generally present a birth certificate when applying for a Social Security Number. *Learn what documents you will need to get a Social Security Card*, SSA.GOV, https://perma.cc/4QJ9-GYY5 ["SSN Requirements"]. For Americans born in the United States, a birth certificate is the only primary piece of evidence accepted as proof of citizenship when applying for a first-time passport. *Application for a U.S. Passport,* U.S. DEPARTMENT OF STATE (April 2025), https://eforms.state.gov/Forms/ds11_pdf.PDF.

Birth certificates are also frequently either required documentation or one of a list of approved documents to prove one's identity in various civil interactions. Even a non-exhaustive list of examples is long:

**Employment.** Employers may require birth certificates at the point of hiring. *Employment Eligibility Verification*, DHS, https://perma.cc/VX9V-

---

[4] It is essential to enforce the rights of citizenship and personhood, rights which are especially important for Puerto Rican nationals in view of ongoing immigration enforcement targeting factors including "apparent race or ethnicity." PEARSON, at 4; *see also Noem v. Vasquez Perdomo*, No. 25A169, 2025 WL 2585637, at *1 (U.S. Sept. 8, 2025) (Kavanaugh, J., concurring) (granting stay of injunction that prevented federal immigration authorities from targeting individuals using factors including ethnicity or "speaking Spanish or speaking English with an accent").

ND69. Even absent explicit birth certificate requirements, having accurate identity documents promotes economic stability and access to employment, particularly for transgender people. Hill et al., at 27 (identification documents that accurately reflect gender identity and name "enable transgender people to access employment, safe housing or shelter, public health benefits and health care services with less fear of discrimination and victimization.").

**Housing.** Public authorities may require birth certificates to access housing benefits. *See, e.g.*, *Administrative Plan Puerto Rico Public Housing Administration Housing Choice Voucher Programs*, GOV'T OF PUERTO RICO PUBLIC HOUSING ADMINISTRATION, 21 (April 11, 2024), https://perma.cc/YV5Z-MG5Z (requiring birth certificates from all applicants for Section 8 Housing Choice voucher in Puerto Rico).

**Immigration.** Immigration enforcement agents have also been documented making specific demand for original birth certificates to establish an individual's lawful presence in the U.S. *See, e.g.*, Gregory Zlotnick, *Picking the Lock: A Proposal for a Standard Fee Waiver in Texas for Identification Documents*, 22 SCHOLAR 345, 350-51 (2020) (discussing the month-long detention of a U.S. citizen minor by ICE agents who refused to accept alternative proof of his legal status).

**Education.** Birth certificates are generally required in K-12 public school enrollment. *See, e.g.*, *Welcome to MASIS School Admissions*, MASIS SCHOOL, https://perma.cc/P4NC-M9CZ.

**Voting.** Due to onerous photo ID requirements currently imposed in seventeen states—without a birth certificate, individuals are unlikely to be able to obtain satisfactory identification and exercise their right to vote. Elisa Carino, *Made In America: How Birth Certificate Applications Infringe On The Right To Citizenship*, 43 N.Y.U. REV. L. SOC. CHANGE 225, 243 (2019).

**Freedom to Marry.** Birth certificates may also be needed for marriage licenses, particularly if the union is subject to age requirements. *See, e.g.*, *Marriage Licenses*, SHELBYCOUNTYTN.GOV, https://perma.cc/C7RL-XTHP (requiring certified birth certificates for marriage license applicants aged 17-20); *see also Requirements to Enter in Marriage*, COMMONWEALTH OF PUERTO RICO DEPT. OF HEALTH, https://perma.cc/BK2J-YYA9 (requiring birth certificates of both parties to a destination wedding).

**Government Benefits.** Birth certificates may also be used to access certain social services such as Social Security. *See* SSN Requirements.

**Health Care Services.** Medicaid and Medicare generally require proof of identity like a birth certificate to see a doctor for enrollment. *How to Apply for Medicaid*, NEST HEALTH, https://perma.cc/HX2F-6FVU; *What*

*Documents Do I Need to Apply for Medicare?*, PAYING FOR SENIOR CARE, https://perma.cc/23XF-VGLH.

Finally, birth certificates may be the best or only document available to many due to the administrative costs associated with other forms of identification. *See* Dante Chinni, *Who Owns a Passport in America?*, AMERICAN COMMUNITIES PROJECT (Mar. 19, 2023), https://www.americancommunities.org/who-owns-a-passport-in-america/ (noting that, in 2023, only 56% of Americans held a passport, with rural Americans, who are more likely to be low-income, significantly less likely to do so). Additionally, for young people, birth certificates, along with Social Security cards are often one of the only two identification documents available to minors until they reach an appropriate age to obtain other forms of identification such as a driver's license (which generally requires a birth certificate to be obtained). *See, e.g.*, 9 L.P.R.A. § 5058(e). In the United States, a birth certificate validates a child's existence and affords them protections and entitlements of the country. *See* PEARSON, at 3. And, unlike Social Security cards, for minors, whose identity is often required to be verified simultaneously with validating a relationship with a legal parent or guardian, birth certificates are a frequently used document in health care, childcare, education, and more. *See, e.g.*, Departamento de la Familia Acuden, *Borrador del Plan Estatal del Programa Child Care 2025 – 2027*, 28 (2024), https://perma.cc/KC6C-9PYZ (applicants seeking health care for

a child through the Puerto Rico federal Child Care and Development Fund Plan must document the "[a]pplicant's relationship to the child" and verify it by a "birth certificate or other legal document establishing custody").

### B. Puerto Rico's Statutes and Policy Expose Nonbinary Transgender People Born in Puerto Rico to Myriad Opportunities to Produce Stigmatizing, Inaccurate Birth Certificates.

Puerto Rico, like other jurisdictions, requires birth certificates in many domains. These requirements are not isolated, one-time events; they are integral to every stage of life. Indeed, Puerto Rican law specifically contemplates birth certificate presentation in various social and civil contexts, many of which predicate the ability to earn a living or access civic life on producing the document to a third person:

**Employment.** Puerto Rican law requires minors to present a birth certificate showing proof of age when obtaining employment. 29 L.P.R.A. § 438(a). Professional licensing across diverse occupations, from healthcare workers (licensure for paramedics, basic emergency medical technicians, and psychoactive substance use prevention assistant (20 L.P.R.A. § 3457(h), 24 L.P.R.A. § 10060(a)(3)); tourism operators and transportation services (23 L.P.R.A. § 6822(i)(1)); alcoholic beverages and tobacco-related sales (29 L.P.R.A. § 476b(a)); tattoo artists (24 L.P.R.A § 533(a)); body piercers (24 L.P.R.A § 550b(a)); to harbor pilots (23 L.P.R.A. §§ 361h(a)(1), 361i(a)(1)),

23

similarly may depend on birth certificate production. Active and retired teachers must submit certified birth certificates to Puerto Rico's Teacher's Retirement System. 18 L.P.R.A. § 395(b). Similarly, government employees' retirement files must contain birth certificates. 3 L.P.R.A. § 830l(e)(1).

**Voting.** Birth certificates are required for voter registration. 16 L.P.R.A. § 4569.

**Court Proceedings.** Court proceedings frequently mandate birth certificates for name change proceedings and holographic wills (4A L.P.R.A Ap. XXIV, Regla 102; 4A L.P.R.A Ap. XXIV, Regla 126), as well as when complaints are filed against minors (34A L.P.R.A. App. 1-A, Rule 10.1), and for adoption petitions (requiring birth certificates of both adoptive party and adoptee (8 L.P.R.A. § 1086a(g)(1))).

**Second Amendment Exercise.** Birth certificates are required to exercise Second Amendment rights through firearm licenses. 25 L.P.R.A. § 462a(c)(5).

**Employment & Professional Licensing.** The law permits financial institutions to request them when opening accounts. 7 L.P.R.A. § 3123.

With so many routine life events potentially requiring use of inaccurate documents exposing risk of discrimination, harassment, or violence for people whose birth certificates do not accurately reflect them (*see* 2022 U.S. Transgender

24

Survey, 22), it is no wonder that nonbinary people born in Puerto Rico have sought

relief to be able to access an accurate nonbinary gender marker.

## III.    INCONGRUENT IDENTITY DOCUMENTS HARM NONBINARY TRANSGENDER PEOPLE.

For transgender people, identity documents that are incongruent between

documents—in other words, the gender marker or name are not the same across all

identity documents—are correlated with higher rates of negative mental health

outcomes. *See, e.g.*, Scheim et al. 2020, at 9 ("results indicate that not having

gender-concordant IDs might contribute to serious mental distress (evidenced by

suicidal ideation and planning, which in turn predict future attempts and deaths by

suicide)"); *see also* Tan et al., at 405 ("Compared with participants with all IDs

listing their correct gender marker, those with incorrect gender markers reported

significantly higher levels of psychological distress . . . , suicidal ideation . . . , and

suicide attempt"). However, research shows that transgender adults with all

concordant IDs, experience significantly lower prevalence of serious psychological

distress compared to those with no concordant IDs. *See* Scheim et al. 2020, at 7-8

(showing a 32% difference in cohorts in data from 22,286 transgender adults); *see*

*also* Tan et al., at 405. Further, "barriers to changing [] gender marker on IDs"

alone has been shown to be correlated with "higher average scores of

psychological distress and greater odds of suicidality than those with gender-

concordant IDs, or those who had not tried to change these documents." Tan et al., at 408.

**A.    For Transgender People Whose Identity Documents Don't Match Each Other, There is a Documented Risk of Harm.**

Social transition through fully concordant legal documents reduces the psychological harm associated with identifying with a gender identity that doesn't match one's sex assigned at birth (*see, e.g.*, Wesley M. King & Kristi E. Gamarel, *A Scoping Review Examining Social and Legal Gender Affirmation and Health Among Transgender Populations*, 6 TRANSGENDER HEALTH 5, 5 (2021) (finding across 24 studies that social and legal gender validation was positively related to improved health outcomes)), as uncorrected documents undermine the therapeutic process (*see* Scheim et al. 2020, at 8).

A cross-sectional study of transgender adults across the United States, showed that updating gender markers has positive social impacts, which are more pronounced when all ID documents are congruent. Scheim et al. 2020. The study specifically found that "[transgender] respondents for whom all IDs were concordant with their preferred name and gender had a lower prevalence of suicidal ideation . . . and suicide planning." *Id.*, at 7. In comparison, "[h]aving some (vs no) concordant IDs was associated with small reductions in suicidal ideation." *Id.*; *and see* Tan et al., at 408. Those with fully gender-congruent documents have also been shown to have decreased risk of facing eviction,

experiencing homelessness, and being unemployed due to disability and were more likely to travel by air, experience less negative travel experiences, and to be comfortable asking the police for help. Loza et al., at 95-98.

**B.    Nonbinary Transgender People Who Do Not Have Identity Documents That Match the Subject's Gender Presentation Face a Documented Risk of Harm.**

As with the transgender community as a whole, increased negative health outcomes are also correlated with gendered information on a person's identity documents not matching across documents for the subset of nonbinary people within the transgender population. *See* Tan et al. at 401; *see also* Scheim et al. 2020 at 6-8 (both showing worse mental health outcomes for both transgender and nonbinary people without fully concordant identity documents). And many nonbinary people will not have fully-concordant identity documents because of a policy that requires either the designation of sex assigned at birth or only a binary option. Tan et al. at 404, 408 ("Nonbinary participants were less likely to report having some IDs listing their correct gender marker. In part, this is likely to reflect the absence of a nonbinary option on some ID documents"). And these barriers that have the effect of administratively and inter-personally making invisible nonbinary people's gender can result negative mental health outcomes themselves. *Id.*, at 401 (study showing "higher levels of mental health problems among trans and

nonbinary people who faced barriers in trying to obtain gender-concordant IDs compared with those with gender-concordant IDs.").

Puerto Rico's policy requiring a binary gender marker on a birth certificate means that a nonbinary person's "options that are available do not fit [their] gender" to accurately be reflected by their birth certificate. *Id.* at 404. In such instances, a nonbinary person may therefore be left with no choice but to leave their sex assigned at birth on their certificate because they cannot accurately attest to identifying with the "opposite" sex from which they were identified at birth, as necessary to change the sex marker on their birth certificate. *Id.* Thus, they will be forced to use an inaccurate identity document, which includes a disclosure of one's sex assigned at birth, threatening their dignity and autonomy and reinforcing the harmful notion that nonbinary bodies are open to public scrutiny. *See* Jessica A. Clarke, *Sex Assigned at Birth*, 122 COLUM. L. REV. 1821, 1850 (2022). Research indicates that congruent identity documents are a social determinant of health and thus that "[r]emoving barriers to legal gender recognition may be an effective way to improve mental health" for nonbinary people. *See* Tan et al., at 401.

Finally, requiring that a nonbinary person must disclose their sex assigned at birth—which may cause them to face presumptions or stereotypes associated with their sex assigned at birth—creates risk of prejudice. *See, e.g.*, Sara Emily Burke et al., *Forms of Psychological Bias Against Transgender Women and Men and*

*People With Nonbinary Gender Identities*, 15 PERSONALITY & SOC. PSYCH. REV. 1, 7 (2025) ("The evidence shows that biases against transgender and nonbinary people do correlate strongly with sexual prejudice" (collecting studies)). For nonbinary people, the reasons for prejudice or mistreatment include "disbelief in nonbinary identity, erasure of nonbinary [transgender] experiences, dehumanization of those who do not fit conventional gender categories, concern that nonbinary people will undermine traditional gender roles, and politicization of nonbinary identity in a time of increasing polarization." Jessica A. Clarke, *They, Them, and Theirs*, 132 HARV. L. REV. 894, 910 (2019); *see also* Burke et. al, at 4.

Access to congruent identity documents is known to be correlated with improved health outcomes like lower psychological distress and suicidality while promoting overall well-being for nonbinary people. *See, e.g.*, Scheim et al. 2020 at 7; *see also* Tan et al., at 401; Scheim et al. 2025, at 2 (collecting studies to support that legal recognition of gender diverse people is associated with improved well-being "by reducing gender minority stress related to gender non-affirmation"). Therefore, legal recognition through accurate identity documents is not only necessary to uphold the rights of nonbinary people as equal under the law, but also to safeguard their health and public health of the community.

29

## CONCLUSION

For the forgoing reasons, *amici* respectfully urge this Court to uphold the

opinion and order of the District Court.

Dated: November 14, 2025                    Respectfully submitted,


/s/ *Kara N. Ingelhart*
Kara N. Ingelhart
USCA No. 1220700
Clinical Assistant Professor of Law
Director, LGBTQI+ Rights Clinic
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue, 8th Floor
kara.ingelhart@law.northwestern.edu
(312) 503-3770

**CERTIFICATE OF COMPLIANCE**

I certify that this brief complies with the type-volume limitations set forth in Fed. R. App. P. 29(a)(5). This brief contains 6,260 words, including all headings, footnotes, and quotations—excluding any elements exempted under Fed. R. App. P. 32(f). I certify that this brief complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Dated: November 14, 2025

/s/ *Kara N. Ingelhart*
Kara N. Ingelhart

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, I electronically filed the

foregoing document with the Clerk of the Court for the United States Court of

Appeals for the First Circuit by using the CM/ECF system, which will accomplish

service on counsel for all parties through the Court's electronic filing system.

Dated: November 14, 2025


/s/ *Kara N. Ingelhart*
Kara N. Ingelhart