# United States Court of Appeals
## For the First Circuit

No. 25-1638

ÍNARU NADIA DE LA FUENTE DÍAZ; MARU ROSA HERNÁNDEZ; ANDRÉ RODIL; YEIVY VÉLEZ BARTOLOMEI; GÉ CASTRO CRUZ; DENI JUSTE,

Plaintiffs - Appellees,

v.

JENNIFFER A. GONZÁLEZ COLÓN, in the official capacity as Governor of the Commonwealth of Puerto Rico; DR. VÍCTOR RAMOS OTERO, in the official capacity as Secretary of the Department of Health of the Commonwealth; WANDA LLOVET DÍAZ, in the official capacity as the Director of the Division of Demographic Registry and Vital Statistics of the Commonwealth,

Defendants - Appellants.

**ORDER OF COURT**

Entered: November 19, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Whit Washington's motion for leave to enter an appearance on behalf of Appellees Ínaru Nadia de la Fuente Díaz, Gé Castro Cruz, Maru Rosa Hernández, Deni Juste, André Rodil and Yeivy Vélez Bartolomei is granted. Attorney Washington's notice of appearance is accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Johanna Marie Emmanuelli Huertas, Omar Gonzalez-Pagan, Whit E. Washington, Omar J. Andino Figueroa, Frank Alexander Rosado-Mendez, Mariola Abreu Acevedo, Alan M. Hurst, Fermín L. Arraiza-Navas, Jon Warren Davidson, Barbara Schwabauer, Kara Ingelhart