# United States Court of Appeals
## For the First Circuit

_____

No. 25-1638

ÍNARU NADIA DE LA FUENTE DÍAZ; MARU ROSA HERNÁNDEZ; ANDRÉ RODIL; YEIVY VÉLEZ BARTOLOMEI; GÉ CASTRO CRUZ; DENI JUSTE,

Plaintiffs – Appellees,

v.

JENNIFFER A. GONZÁLEZ COLÓN, in the official capacity as Governor of the Commonwealth of Puerto Rico; Dr. VÍCTOR RAMOS OTERO, in his official capacity as Secretary of the Department of Health of the Commonwealth; WANDA LLOVET DÍAZ, in the official capacity as the Director of the Division of Demographic Registry and Vital Statistics of the Commonwealth,

Defendants – Appellants,

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

[Hon. María Antongiorgi-Jordán, U.S. District Judge]

**MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY BRIEF AND FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT:**

**COME NOW** Defendants-Appellants, Jenniffer A. González-Colón, in her official capacity of Governor of Puerto Rico; Dr. Victor Ramos-Otero, in his official capacity as Secretary of the Department of Health of Puerto Rico; and Wanda Llovet-Díaz, in her official capacity as the Director of the

Demographic Registry and Vital Statistics of Puerto Rico ("Appellants"), through the undersigned counsel, and most respectfully state and pray as follows:

1. Currently, Appellants reply brief is due today, November 28, 2025.

2. Despite continued diligent efforts, additional time is needed because this appeal raises complex constitutional discussions. Moreover, given that the district court limited its ruling on a rational basis analysis of Appellees' claims, Appellants centered their opening brief around the proper analysis of the rational basis standard as applied to Appellees' claims. However, Appellees focused their answering brief on arguing for a higher scrutiny. As such, Appellants reply requires expounding on topics that were not discussed extensively in their opening brief.

3. Lastly, after the filing of Appellants' opening brief, six *Amici Curiae* briefs have been filed in the instant case. Thus, Appellants Reply need not only to address Appellees' answering brief but the arguments of the several *Amici Curiae* briefs where necessary to provide this Court a comprehensive discussion of the issues raised in the instant appeal.

4. In light of the above, Appellants respectfully move for an extension of twelve (12) additional days, up to and including **December 10, 2025**, to file their reply brief.

2

5. Moreover, for these same reasons, Appellants' best efforts notwithstanding, it has been impossible for them to comply with Fed.R.App.P. 32(a)(7)(B)(ii)'s 6,500-word limit for replies in this circuit.

6. Appellants respectfully proffer that a careful and thorough analysis of these topics is impracticable, if not impossible to present within the default type-volume restrictions for reply briefs.

7. Accordingly, as a result of the complexity of the issues addressed and the relief sought, Appellants respectfully request leave to file an oversized reply brief of approximately **11,040 words**, representing an excess of **4,540 words** above the standard limit. This request is made pursuant to Local Rule 32.4.

8. This motion is submitted in good faith and not for purposes of delay. The requested extension will allow Appellants to submit a comprehensive and accurate reply that fully addresses the important issues on appeal, thereby aiding the Court in its resolution of this matter. No party will be prejudiced by the granting of this request.

**WHEREFORE**, for the foregoing reasons and good cause shown, Appellants respectfully request that this Honorable Court: (a) grant an extension of time until **December 10, 2025,** for Appellees to file their reply brief and (b) leave to file an oversized reply brief in excess of approximately **4,540 words**, in accordance with Local Rule 32.4.

3

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 28th day of November, 2025.

*s/Omar Andino-Figueroa*
**OMAR ANDINO-FIGUEROA**
Solicitor General of Puerto Rico

*s/Frank A. Rosado-Méndez*
**FRANK A. ROSADO-MÉNDEZ**
Deputy Solicitor General

## CERTIFICATE OF FILING AND SERVICE

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico this 28th day of November, 2025.

*s/Frank A. Rosado-Mendez*
**FRANK A. ROSADO-MÉNDEZ**
Deputy Solicitor General
USCA No. 1209179
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Tel.: (787) 721-2900, Ext. 1504
*frank.rosado@justicia.pr.gov*

5