# United States Court of Appeals
## For the First Circuit

No. 25-1638

INARU NADIA DE LA FUENTE DIAZ; MARU ROSA HERNANDEZ; ANDRE RODIL; YEIVY VELEZ BARTOLOMEI; GE CASTRO CRUZ; DENI JUSTE,

Plaintiffs - Appellees,

v.

JENNIFFER A. GONZALEZ COLON, in the official capacity as Governor of the Commonwealth of Puerto Rico; DR. VICTOR RAMOS OTERO, in the official capacity as Secretary of the Department of Health of the Commonwealth; WANDA LLOVET DIAZ, in the official capacity as the Director of the Division of Demographic Registry and Vital Statistics of the Commonwealth,

Defendants - Appellants.

### CALENDARING NOTICE

Issued: January 21, 2026

This case is presently scheduled to be called for oral argument on **Thursday, March 5, 2026, at 9:30 a.m. in the José V. Toledo United States Courthouse in San Juan, PR**. There will be no continuance except for grave cause.

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the [Designation Form](#) available on the court's website at [www.ca1.uscourts.gov](http://www.ca1.uscourts.gov). If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.**

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time. Once counsel begins to argue, the courtroom deputy

sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mariola Abreu Acevedo
Omar J. Andino Figueroa
Fermin L. Arraiza-Navas
Johanna Marie Emmanuelli Huertas
Seran Gee
Omar Gonzalez-Pagan
Alan M. Hurst
Kara Ingelhart
Jessica Esther Mendez-Colberg
Frank Alexander Rosado-Mendez
Barbara Schwabauer
Whitney E. Washington